## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO.  3:17-CV-01869-N |
| | § | |
| DR. ALI SIDDIQUI, DR. | § | |
| JAYAPRAKASH | § | |
| SREENARASIMHAIAH, | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT DR. ALI SIDDQUI'S AMENDED UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING

Defendant Dr. Ali Siddiqui ("Defendant" or "Siddiqui"), files this Amended Unopposed Motion for Extension of the Responsive Pleading Deadline, and in support thereof, would respectfully show the Court as follows:

### I.
### EXTENSION OF RESPONSIVE PLEADING

Plaintiff filed her Second Amended Complaint on December 11, 2017 which adds a diverse defendant.  Due to the upcoming holidays, and ongoing work in other matters, the parties believe additional time before filing an answer and/or other responsive pleading would be beneficial. Defendant respectfully requests an extension of the responsive pleading deadline to January 12, 2018.  The parties have conferred and Plaintiff does not oppose this extension.[1]

---

[1]     The parties have agreed the Section III of Defendant's Original Motion to Extend Deadline to File Responsive Pleading [Doc. 33] can be filed as a Sur-Reply to Plaintiff's Motion to Remand and unopposed motion for leave to file same.  Defendant, through this amended motion, withdraws Sections II and III of Defendant's original motion [Doc. 33].

## II.
## CONCLUSION AND PRAYER

For the foregoing reasons, Defendant Siddiqui respectfully requests that the Court extend Defendant's deadline to file a responsive pleading, and for such other relief to which Defendant is entitled.

Respectfully submitted:


/s/ *Charles H. Wilson*
Charles H. Wilson
Aaron Holt
COZEN O'CONNOR, P.C.
1717 Main Street, Suite 3400
Dallas, Texas  75201
Telephone: (214) 462-3000
Facsimile:  (214) 462-3299
cwilson@cozen.com
aholt@cozen.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December, 2017, a true and correct copy of the above and foregoing was sent to all counsel of record, via electronic service and/or via certified mail, return receipt requested.

Lawrence J. Friedman
Jason H. Friedman
Eric M. Friedman
Friedman & Feiger, LLP
5301 Spring Valley Road, Suite 200
Dallas, Texas 75254

ATTORNEYS FOR PLAINTIFF

Jeffrey Grass
101 E. Park Blvd, Ste 107
Plano, Texas 75074

ATTORNEY FOR DR. SREENARASIMHAIAH

/s/ *Charles H. Wilson*
Charles Wilson